| | | | |
|---|---|---|---|
| | AUSA: Susan E. Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: Mark I. Vincent | Telephone: (810) 989-5056 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Joel NAVARRO-CHAIRES a/k/a Joel NAVARRO-CHAIREZ

Case: 2:25−mj−30306
Assigned To : Unassigned
Case No. Assign. Date : 5/9/2025
Description: CMP USA V. NAVARRO−CHAIRES (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 07, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(1) | Unlawful Re-Entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about May 07, 2025, in the Eastern District of Michigan, Joel NAVARRO-CHAIRES, a/k/a Joel NAVARRO-CHAIREZ, an alien from Mexico, who had previously been convicted of a felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about January 13, 2020 at or near Brownsville, Texas, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

☑ Continued on the attached sheet.

*Complainant's signature*

Mark I. Vincent, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 9, 2025

*Judge's signature*

City and state: Detroit, Michigan

Kimberly Altman, United States Magistrate Judge
*Printed name and title*

Save    Print

<u>AFFIDAVIT</u>

I, Mark I. Vincent, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 14, 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Joel NAVARRO-CHAIRES, which attests the following:

2.      The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      Joel NAVARRO-CHAIRES a/k/a Joel NAVARRO-CHAIREZ, is a forty-five-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.      On May 07, 1998, NAVARRO-CHAIRES was convicted in 42nd District Court, New Baltimore, Michigan for the misdemeanor offense of Operating While Impaired and sentenced to fines and costs.

5.      On May 15, 2001, NAVARRO-CHAIRES was convicted in 42nd District Court, New Baltimore, Michigan for the offense of Open Intoxicants in Vehicle/ Driver.

6.      On September 07, 2009, NAVARRO-CHAIRES was arrested by the New Baltimore, Michigan Police Department for Operating While Impaired.

7.      On March 10, 2010, NAVARRO-CHAIRES was convicted in the 42nd District Court, New Baltimore, Michigan for the offense of Operating While Impaired. NAVARRO-CHAIRES was sentenced to 12 months' probation and fines and costs in the amount of $1,187.50.

8.      On February 22, 2011, NAVARRO-CHAIRES was convicted in Ohio for the offence of Driving While Unlicensed and Speeding.

9.      On July 31, 2012, NAVARRO-CHAIRES was convicted in Ohio for the offence of Driving While Unlicensed.

10.     On July 02, 2013, NAVARRO-CHAIRES was convicted in Roseville, MI for the offence of Failed to Display a Valid License, Speeding and No Proof of Insurance.

11.     On February 20, 2014, NAVARRO-CHAIRES was encountered by the Chesterfield, Michigan Police Department. NAVARRO-CHAIRES was charged with Domestic Assault. The police reports indicate that NAVARRO-CHAIRES and his wife were arguing, and an assault occurred. These charges were later dismissed.

12.     On August 06, 2015, NAVARRO-CHAIRES was convicted in Utica-Shelby Twp., MI for the offence of Driving While License Expired.

13.     On August 11, 2016, NAVARRO-CHAIRES was encountered by the Shelby Township, Michigan Police Department. According to police reports, NAVARRO-CHAIRES assaulted his girlfriend while she was in her vehicle, by striking her and grabbing her arm while she was driving. He grabbed her by the neck and tried to choke her. He also threatened to post pictures of her on-line that he had on his cell phone. The victim had visible injuries.  The reports indicate that the victim was pregnant with NAVARRO-CHAIRES' child at the time of the incident. NAVARRO-CHAIRES was charged with Assault Excluding Sexual (DV). A warrant was issued. These charges were later dismissed.

14.     On October 24, 2016, NAVARRO-CHAIRES was encountered by the ICE Detroit N. Fugitive team at or near New Haven, MI and served with an I-862 Notice to Appear.

15.     On February 13, 2017, NAVARRO-CHAIRES was granted a Voluntary Departure by an Immigration Judge in Detroit, Michigan.

16.     On February 16, 2017, NAVARRO-CHAIRES departed the U.S. to Mexico via a flight from Detroit, MI (DTW Airport).

17.     On or about April 19, 2017, just two months later, NAVARRO-CHAIRES was again arrested by U.S. Border Patrol agents near New Haven, Michigan. NAVARRO-CHAIRES was served a Notice to Appear.

18. On May 02, 2017, NAVARRO-CHAIRES was ordered removed by an Immigration Judge in Detroit, Michigan.

19. On May 09, 2017, NAVARRO-CHAIRES was removed from the United States to Mexico via the Laredo, Texas, Port of Entry.

20. On July 08, 2018, one year later, NAVARRO-CHAIRES was again arrested by U.S. Border Patrol Agents near New Haven, Michigan. NAVARRO-CHAIRES' prior order of removal was reinstated.

21. On September 27, 2018, NAVARRO-CHAIRES was convicted in the Eastern District of Michigan for a violation of Title 8 U.S.C. § 1326(a), Unlawful Re-Entry. NAVARRO-CHAIRES was sentenced to time served (81 days) and one-year supervised release, non-reporting.

22. On or about October 17, 2018, NAVARRO-CHAIRES was removed from the United States to Mexico via the Hidalgo, Texas, Port of Entry.

23. On April 22, 2019, just six months later and while still on supervised release, NAVARRO-CHAIRES was again arrested by the United States Immigration and Customs Enforcement Agency, Fugitive Operations near Clinton Township, Michigan. NAVARRO-CHAIRES' prior order of removal was reinstated.

24. On August 01, 2019, NAVARRO-CHAIRES was convicted in the Eastern District of Michigan for his second violation of Title 8 U.S.C. § 1326(a), Unlawful Re-Entry. NAVARRO-CHAIRES was sentenced to eight months' incarceration and one-year supervised release, non-reporting, as well as four months' incarceration to run concurrent for violation of his supervised release order.

25. On January 13, 2020, NAVARRO-CHAIRES was removed from the United States to Mexico via the Brownsville, Texas, Port of Entry.

26. On May 07, 2025, NAVARRO-CHAIRES was arrested by U.S. Border Patrol Agents near Clinton Township, Michigan. U.S. Border Patrol Agents conducted a traffic stop of the vehicle he was driving. NAVARRO-CHAIRES falsely claimed that he had paperwork which allowed him to legally be in the United States and produced a Notice of Action/Receipt for an asylum claim he filed in July 2024. His action in filing the claim for asylum does not give him status to be in the United

States. Because NAVARRO-CHAIRES is not legally in the United States, his prior order of removal was reinstated.

27.   During his post-detention interview with immigration agents, NAVARRO-CHAIRES claimed he entered the United States illegally sometime in 2023 by walking to Michigan from the southern border. He reports that he has three minor U.S. citizen children, who reside with their mother in Mount Clemens, MI.

28.   Review of the alien file (A# xxx xxx 596) for NAVARRO-CHAIRES, and queries in U.S. Border Patrol computer databases confirm no record exists of NAVARRO-CHAIRES obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on January 13, 2020.

29.   Based on the above information, I believe there is probable cause to conclude that Joel NAVARRO-CHAIRES, is an alien who was previously convicted of a felony offense and was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a), (b)(1).

Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

May 9, 2025